TO BE PUBLISHED

# Supreme Court of Kentucky

2022-SC-0469-KB

IN RE: MICHAEL R. P. CALILUNG

IN SUPREME COURT

## **OPINION AND ORDER**

Michael R. P. Calilung was admitted to the practice of law with the Kentucky Bar Association (KBA) on May 21, 1993. His KBA number is 84663, and his bar roster address is 4119 Taylor Blvd., Louisville, KY 40215.

Previously, in *In re: Calilung*, 671 S.W.3d 109 (Ky. 2023), this Court entered an Opinion and Order in relation to Office of Bar Counsel (OBC) File 20-DIS-0048. Calilung was found guilty of violating Supreme Court Rule (SCR) 3.130(1.3), SCR 3.130(3.3)(a)(1), and SCR 3.130(3.4)(c), and was suspended from the practice of law for 120 days, with 60 days to be served and the balance probated for two years.

Calilung was further ordered to complete the Commonwealth's Ethics and Professional Enhancement Program (EPEP) within twelve months of the order, and was to comply with the requirements of SCR 3.390, including: notifying all of his clients in writing of his inability to represent them and to provide copies of those letters or emails to the Director of the Kentucky Bar Association within ten days of the entry of the order, to return all active files to the client or to new counsel, to return all unearned attorney fees and client

property to the client, to not accept new clients or collect unearned fees until his reinstatement, and to cancel all pending advertisements, terminate any advertising activity for the duration of the suspension and not allow his name to be used by a law firm in any manner until his reinstatement. He was also ordered to pay all costs associated with the proceedings in accordance with SCR 3.450(2).

Calilung did attend and complete the EPEP, and he paid the costs of the disciplinary action. However, Calilung has not taken the steps required to reinstate his license pursuant to SCR 3.501. On April 3, 2024, the OBC learned that Calilung was representing clients in eviction proceedings in Jefferson District Court. He is shown as attorney of record on at least 499 eviction cases, and 453 of those were new cases entered after the Court's March 23, 2023, order. The OBC filed a motion to reopen the case in this Court on March 17, 2025, which was granted. On August 21, 2025, the OBC filed a motion to show cause why Calilung's probated suspension should not be imposed. This Court granted the OBC's request and entered a show cause order on September 12, 2025. Calilung did not respond to the order.

Based on the foregoing, this Court holds that Calilung has violated the terms of its March 23, 2023, order and hereby ORDERS as follows:

1) Michael R. P. Calilung shall be suspended from the practice of law for sixty days upon entry of this order;

2) Michael R. P. Calilung shall receive no new disciplinary charges issued by the Inquiry Commission;

3) Pursuant to SCR 3.390, Calilung:

2

a. Shall notify all clients in writing of his inability to continue to represent them and shall furnish copies of all such letters to the Director of the Kentucky Bar Association. These notices shall be mailed or emailed to the respective clients within ten (10) days of the entry of this Order, if not already mailed or emailed. Calilung shall make arrangements to return all active files to the client or new counsel and shall return all unearned attorney fees and client property to the client and shall advise the Director of such arrangements within the ten (10) day period;

b. Must not, during the term of suspension and until reinstatement, accept new clients or collect unearned fees;

c. Must immediately cancel any pending advertisements; must terminate any advertising activity for the duration of the term of suspension; and must not allow his name to be used by a law firm in any manner until he is reinstated.

All sitting. All concur.

ENTERED: March 19, 2026.

_____
CHIEF JUSTICE

3